No. 01–7064.  HUSS *v.* GRAVES, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 01–7073.  OREYE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–7212.  MITCHELL *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 01–7219.  MITCHELL *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–7238.  KENTZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7251.  KACZYNSKI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7292. RHOADS *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–7338.  COULSON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–7378.  BIDGOOD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7533.  NEWBY *v.* TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 01–7540.  CHEESEBORO *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 01–7541.  DAVIS *v.* STONE.  C. A. 4th Cir.  Certiorari denied.

No. 01–7542.  DAVIS *v.* WALKER, JUDGE, SUPERIOR COURT OF NORTH CAROLINA, RANDOLPH COUNTY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–7545.  MACK *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.